IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STOURBRIDGE INVESTMENTS LLC, Derivatively on Behalf of Nominal Defendant THE WALT DISNEY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. CHAPEK, CHRISTINE M. MCCARTHY, KAREEM DANIEL, SUSANE E. ARNOLD, MARY T. BARRA, SAFRA A. CATZ, AMY L. CHANG, FRANCIS A. DESOUZA, MICHAEL B.G. FROMAN, ROBERT A. IGER, MARIA ELENA LAGOMASINO, CALVIN R. MCDONALD, MARK G. PARKER, and DERICA W. RICE,<br><br>Defendants,<br><br>and<br><br>THE WALT DISNEY COMPANY,<br><br>Nominal Defendant. | Case No. 23-00920-CFC |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stourbridge Investments LLC, derivatively on behalf of nominal defendant The Walt Disney Company, through its designated counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendants Robert A. Chapek, Christine M. McCarthy, Kareem Daniel, Susane E. Arnold, Mary T. Barra, Safra A. Catz, Amy L. Chang, Francis A. Desouza, Michael B.G. Froman, Robert A. Iger, Maria Elena Lagomasino, Calvin R. McDonald, Mark G. Parker, Derica W. Rice and nominal defendant The Walt Disney Company. Each party to bear his, her or its own costs.

- 2 -

Dated: October 24, 2023  **BIELLI & KLAUDER, LLC**

*/s/ Ryan M. Ernst*
OF COUNSEL:  Ryan M. Ernst, Esq. (No. 4788)
1204 N. King Street
Joshua M. Lifshitz  Wilmington, DE 19801
**LIFSHITZ LAW PLLC**  Phone: (302) 803-4600
1190 Broadway  rernst@bk-legal.com
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*